638  PALMER (Drain Comr.) vs. PROBATE JUDGE (Ionia), No. 14710,
      105 M., 86.   (Certiorari to Ionia.)

To compel respondent to consider, upon its merits, a motion to set aside the verdict of a jury, finding that there was no necessity for the proposed drain.

The circuit judge granted the writ.   Reversed and order vacated April 16, 1895, with costs.

639  PETRIE vs. CIRCUIT JUDGE (Muskegon), No. 13840, 98 M., 130.

To compel respondent to proceed with the hearing of a second accounting, pending an appeal from the first.

Denied December 8, 1893, with costs.

Held, that relators should have applied to the Supreme Court for authority to have the hearing proceed under Sec. 6739, How. Stat., which stays all proceedings in the lower court after perfection of an appeal.